# TIFFANY & BOSCO
### P.A.

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant
09-13990/0196486765

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Amber Nicole Davis<br>      Debtor.<br>_____<br>Midfirst Bank<br><br>      Movant,<br>vs.<br><br>Amber Nicole Davis, Debtor, Edward J. Maney, Trustee.<br><br>      Respondents. | No. 2:09-bk-10247-GBN<br><br>Chapter 13<br><br>MOVANT'S MOTION TO LIFT<br>THE AUTOMATIC BANKRUPTCY STAY |

     Movant hereby requests an order granting both relief from the automatic stay of 11 U.S.C. §362(a), and in addition thereto, a finding that Rule 4001(a)(3) of the Rules of Federal Bankruptcy Procedure is not applicable and Movant may immediately enforce and implement the order granting relief from the automatic stay, which will allow Movant to complete a Forcible Entry and Detainer action to obtain possession. This motion is supported by the attached Memorandum of Points and

Authorities, which is incorporated herein by this reference.

DATED this 30th day of June, 2009.

                                           TIFFANY & BOSCO, P.A.

                                     By  /s/ MSB # 010167
                                                    Mark S. Bosco
                                                    Leonard J. McDonald
                                                    Viad Tower, Fifth Floor
                                                    2525 East Camelback Road
                                                    Suite 300
                                                    Phoenix, Arizona 85016
                                                    Attorneys for Movant

## MEMORANDUM OF POINTS AND AUTHORITIES

A Trustee's Sale was held on May 13, 2009 regarding the real property commonly known as 7857 S. 4th Avenue, Phoenix, AZ. Midfirst Bank purchased the property at the Trustee's Sale. A copy of the Trustee's Deed is attached hereto as Exhibit "1" and made a part hereof by this reference.

Debtor, Amber Nicole Davis filed a voluntary petition for protection under Chapter 13 of the Bankruptcy Code on May 13, 2009. Edward J. Maney was appointed trustee of the bankruptcy estate.

The Debtor has only a possessory interest in certain real property located in Maricopa County, Arizona, more particularly described as:

LOT 51, OF BASELINE PLACE, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF MARICOPA COUNTY, ARIZONA, RECORDED IN BOOK 644 OF MAPS, PAGE 18.

As Movant is the owner of the real property, Debtor and estate have no equity in the property because all she has is possessory interest in the above referenced property.

## CONCLUSION

Movant requests that the court enter an order terminating, annulling and modifying the automatic stay of 11 U.S.C. 362(a) and in addition thereto, a finding that Rule 4001(a)(3) of the Rules of Federal Bankruptcy Procedure is not applicable and Movant may immediately enforce and implement the order for relief from the automatic stay as to the debtors, their bankruptcy estate, the property, and allow Movant to complete a Forcible Entry and Detainer action to obtain possession and control of the Property, or take whatever actions necessary to protect it's interest in the above referenced property.

DATED this 30th day of June, 2009

TIFFANY & BOSCO, P.A.


By: /s/ MSB # 010167
     Mark S. Bosco
     Leonard J. McDonald
     2525 East Camelback Road
     Suite 300
     Phoenix, Arizona 85016
     Attorneys for Movant