# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

## Hearing Information:

|                  |                                              |          |    |
|------------------|----------------------------------------------|----------|----|
| Debtor:          | AMBER NICOLE DAVIS                           |          |    |
| Case Number:     | 2:09-bk-10247-GBN                            | Chapter: | 13 |
| Date / Time / Room: | TUESDAY, AUGUST 25, 2009 01:30 PM   7TH FLOOR #702 |   |    |
| Bankruptcy Judge: | GEORGE B. NIELSEN                          |          |    |
| Courtroom Clerk: | JAN HERNANDEZ                                |          |    |
| Reporter / ECR:  | JO-ANN STAWARSKI                             |          |    |

## Matter:

PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY MIDFIRST BANK.

R / M #:   25 / 0

## Appearances:

CHRISTOS AGRA, ATTORNEY FOR AMBER NICOLE DAVIS
LEONARD J. MCDONALD, ATTORNEY FOR MIDFIRST BANK

## Proceedings:

MR. MCDONALD REPORTS THAT THERE WAS A TRUSTEE'S SALE ON MAY 13TH.

MR. AGRA RESPONDS THAT THEY HAVE YET TO SEE ANY OF THOSE DOCUMENTS. IT IS ADDED THAT THERE COULD BE QUESTIONS AS TO THE TIMING OF THE PETITION AND AS TO THE SALE.

A DISCUSSION ENSUES AS TO WHETHER THE SALE CAN BE SET ASIDE.

THE COURT: THE ADEQUATE PROTECTION PAYMENTS ARE REQUIRED TO COMMENCE ON SEPTEMBER 1, 2009 DIRECTLY TO MR. MCDONALD'S OFFICE. IF THERE IS A GRACE PERIOD, AND IT PASSES, MR. MCDONALD MAY CERTIFY AND HAVE THE STAY LIFTED THROUGH AN ORDER. COUNSEL SHALL HAVE A DISCUSSION AS TO HOW TO PROCEED AND DISCUSS IF THERE WAS A PROPER PREPETITION FORECLOSE. IF THIS MATTER IS NOT RESOLVED, A CONTINUED PRELIMINARY HEARING WILL BE HELD ON SEPTEMBER 24, 2009 AT 1:15 P.M.