# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA
# Minute Entry

## Hearing Information:

| | |
|---|---|
| **Debtor:** | AMBER NICOLE DAVIS |
| **Case Number:** | 2:09-bk-10247-GBN    **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, SEPTEMBER 24, 2009 01:15 PM   7TH FLOOR #702 |
| **Bankruptcy Judge:** | GEORGE B. NIELSEN |
| **Courtroom Clerk:** | JAN HERNANDEZ |
| **Reporter / ECR:** | JO-ANN STAWARSKI |

## Matter:

CONTINUED PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY MIDFIRST BANK. (FR. 08-25)

**R / M #:**   25 / 0

## Appearances:

CHRISTOS AGRA, ATTORNEY FOR AMBER NICOLE DAVIS
LEONARD J. MCDONALD, ATTORNEY FOR MIDFIRST BANK

## Proceedings:

MR. MCDONALD REPORTS THAT THIS SALE DID PLACE AND GOES ON TO PROVIDE SPECIFIC DETAILS, INCLUDING THE TIME.

MR. AGRA RESPONDS THAT THE ISSUE IS THAT HE HAS NOT RECEIVED PROOF OF THE TIME OF THE SALE.

THE COURT REPEATS WHAT WAS REQUIRED AT THE LAST HEARING.

THE COURT:  ADEQUATE PROTECTION PAYMENTS ARE TO BE MADE DIRECTLY TO MR. MCDONALD'S OFFICE.  A ONE HOUR EVIDENTIARY HEARING WILL BE HELD ON OCTOBER 26, 2009 AT 1:30 P.M.  NO LATER THAN OCTOBER 19, 2009, THE PARTIES SHALL EXCHANGE A LIST OF WITNESSES AND AN IDENTIFICATION OF THE EXHIBITS THEY INTEND TO UTILIZE.