# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

## *Hearing Information:*

|  |  |
|---|---|
| **Debtor:** | AMBER NICOLE DAVIS |
| **Case Number:** | 2:09-bk-10247-GBN  **Chapter:** 13 |
| **Date / Time / Room:** | MONDAY, OCTOBER 26, 2009 01:30 PM   7TH FLOOR #702 |
| **Bankruptcy Judge:** | GEORGE B. NIELSEN |
| **Courtroom Clerk:** | JAN HERNANDEZ |
| **Reporter / ECR:** | JO-ANN STAWARSKI |

## *Matter:*

EVIDENTIARY HEARING RE: MOTION FOR RELIEF FROM STAY FILED BY MIDFIRST BANK.

**R / M #:**  25 / 0

## *Appearances:*

CHRISTOS AGRA, ATTORNEY FOR AMBER NICOLE DAVIS
LEONARD J. MCDONALD, ATTORNEY FOR MIDFIRST BANK

## *Proceedings:*

MR. MCDONALD INFORMS THE COURT THAT THERE IS STILL ONE DISCREET ISSUE, THAT BEING THE TIMING OF THE SALE.

MR. MCDONALD CALLS JENNIFER HAMLIN.  MS. HAMLIN IS ADMINISTERED THE OATH AND TAKES THE STAND FOR DIRECT EXAMINATION.

MR. AGRA CONDUCTS CROSS EXAMINATION.

MR. MCDONALD CONDUCTS REDIRECT EXAMINATION.

UPON THE BRIEF EXAMINATION BY THE COURT, THE WITNESS IS ALLOWED TO STEP DOWN.

THE COURT:  THE SALE WAS NOT RECORDED.  COUNSEL FOR THE MOVANT CONFERS WITH THE CLIENT.

MR. MCDONALD RECAPS THE FIFTEEN DAY WINDOW BY THE TITLE COMPANY.

MR. AGRA RESTS ON THE PAPERS.

THE COURT PLACED ITS DECISION ON THE RECORD, ANYONE WISHING A COPY OF THE RULING MAY CONTRACT WITH THE COURT TECHNICIAN FOR A COMPACT DISC OR TRANSCRIPT.

IT IS ORDERED THAT THE TRUSTEE SALE WAS NOT PERFECTED; THE AUTOMATIC STAY IS STILL IN EFFECT.  THE STAY IS HEREBY MODIFIED.  ADEQUATE PROTECTION PAYMENTS WERE ORDERED TO BE MADE. A STATUS HEARING WILL BE HELD ON NOVEMBER 30,2009 AT 9:45 A.M.