# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

## Hearing Information:

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | AMBER NICOLE DAVIS | | |
| **Case Number:** | 2:09-bk-10247-GBN | **Chapter:** | 13 |
| **Date / Time / Room:** | MONDAY, NOVEMBER 30, 2009 09:45 AM   7TH FLOOR #702 | | |
| **Bankruptcy Judge:** | GEORGE B. NIELSEN | | |
| **Courtroom Clerk:** | JAN HERNANDEZ | | |
| **Reporter / ECR:** | JO-ANN STAWARSKI | | |

## Matter:

CONTINUED FINAL HEARING RE: MOTION FOR RELIEF FROM STAY FILED BY MIDFIRST BANK.(FR. 10-26)M

**R / M #:**   25 / 0

## Appearances:

CHRISTOS AGRA, ATTORNEY FOR AMBER NICOLE DAVIS
MAY LU, ATTORNEY FOR MIDFIRST BANK

## Proceedings:

THE COURT NOTES THAT THE AUTOMATIC STAY HAS BEEN MODIFIED.

MS. LU RELATES THAT THE MATTER IS WINDING DOWN FROM THE SALE.

MR. AGRA STATES THAT THE AMENDED PLAN WILL CURE THE ARREARAGES.

THE COURT:  THE STAY RELIEF MOTION WILL BE LEFT SUBJECT TO CALL.  PENDING FURTHER ORDER, THE STAY REMAINS IN EFFECT AS MODIFIED.